UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ORDER REQUIRING APPLE, INC.
TO ASSIST IN THE EXECUTION OF A
SEARCH WARRANT ISSUED BY THIS
COURT

Case No. 14-7063 (JCB)

**ORDER**

Before the Court is the Government's motion for an order requiring Apple, Inc.

("Apple") to assist law enforcement agents in the search of two Applie iPhones.  Upon

consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Apple assist law enforcement agents in the examination of two Apple

iPhones ("the Devices").   The Devices are iPhone 5s.  The first iPhone bears model number

A1429, FCC ID number BCG-E2599A, ICID number 579C-E2610A, and IMEI number

990002834730887.  The second iPhone bears model number A4128, FCC ID BCC-E2599A,

ICID number 579C-E2599A, and IMEI number 013437000168020, acting in support of a search

warrant issued separately by this Court;

FURTHER ORDERED that Apple shall provide reasonable technical assistance to enable

law enforcement agents to obtain access to unencrypted data ("Data") on the Devices.

FURTHER ORDERED  that, to the extent that data on the Devices is encrypted, Apple

may provide a copy of the encrypted data to law enforcement, but Apple is not required to

attempt to decrypt, or otherwise enable law enforcement's attempts to access any encrypted data;

FURTHER ORDERED that Apple's reasonable technical assistance may include, but is

not limited to, bypassing the Devices users' passcode(s) so that the agents may search the

Devices, extracting data from the Devices and copying the data onto an external hard drive or

other storage medium that law enforcement agents may search, or otherwise circumventing the

Devices' security systems to allow law enforcement access to Data and to provide law enforcement with a copy of encrypted data stored on the Devices;

FURTHER ORDERED that although Apple shall make reasonable efforts to maintain the integrity of data on the Devices, Apple shall not be required to maintain copies of any user data as a result of the assistance ordered herein; all evidence preservation shall remain the responsibility of law enforcement agents.

Signed,

HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

Date: February 19 2014