IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORDER REQUIRING APPLE INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | M.J. No. 14-7063 (JCB) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the above-captioned matter be unsealed. In support of this motion, the government states that the Order that was the object of the government's application has been disclosed to the defendants in the criminal matter resulting from the investigation, and that there is no further reason to keep the government's application or the Court's February 19, 2014 order secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/Seth B. Kosto
SETH B. KOSTO
Assistant U.S. Attorney

Date: April 1, 2016